1  STEPHEN THOMAS ERB (SBN 125248)
   STEPHEN THOMAS ERB, APC
2  11440 West Bernardo Court, Suite 204
   San Diego, California 92127
3  Telephone:   (858) 487-2728
   Facsimile:    (858) 487-5886
4  Email:  s.erb@erbapc.com
   Attorney for Defendant and Counterclaimant
5  ConocoPhillips Company

6
   GREGORY W. POULOS, ESQ.
7  COX, WOOTEN, GRIFFIN,  HANSEN & POULOS, LLP
   190 The Embarcadero
8  San Francisco, California 94105
   Telephone:   415-438-4600
9  Facsimile:    415-438-4601
   Attorney for Plaintiff and Counterdefendant
10 Armada Bulk Carriers, Ltd.

11
   JOHN D. GIFFIN, ESQ.
12 KEESAL, YOUNG & LOGAN, APC
   Four Embarcadero Center, Suite 1500
13 San Francisco, California  94111
   Telephone:   415-398-6000
14 Facsimile:    415-981-0136
   Attorney for Defendant Foss Maritime Company, Inc.
15

16
                    UNITED STATES DISTRICT COURT
17
                  NORTHERN DISTRICT OF CALIFORNIA
18

19 ARMADA BULK CARRIERS, LTD,           ) Case No. C 05-3406 SC
   a Foreign Corporation,               )
20                                       )
                   Plaintiff,            ) **STIPULATION TO CONTINUE STATUS**
21                                       ) **CONFERENCE WITH [PROPOSED]**
   v.                                    ) **ORDER THEREON**
22                                       )
   CONOCOPHILLIPS COMPANY, INC., a       )
23 Delaware Corporation,                 )
   FOSS MARITIME COMPANY, INC., a        ) Date:    July 28, 2006
24 Washington Corporation, and FOSS      ) Time:    10:00 a.m.
   MARITIME BARGE                        ) Judge:  Hon. Samuel Conti
25 185 P3, *in rem,*                     )
                                         )
26                 Defendants.           )
                                         )
27 ——————————————————————                )
   AND ALL RELATED COUNTERCLAIMS         )
28 ——————————————————————                )

                                         1

1   WHEREAS, on April 28, 2006, prior to the first appearance by counsel for

2   Defendant and Counterdefendant ConocoPhillips Company ("ConocoPhillips"), the

3   Court scheduled the continuation of the Status Conference in the above-referenced

4   action for July 28, 2006 at 10:00 a.m.;

5   WHEREAS, counsel of record for ConocoPhillips had previously scheduled a

6   prepaid family vacation on the East Coast during July 24, 2006 through August 4, 2006,

7   and counsel for defendant Foss Maritime Company will be out of the state on August

8   11, 2006;

9   WHEREAS, counsel of record for ConocoPhillips therefore respectfully requests

10  the Status Conference be continued for at least two (2) weeks to August 18, 2006, or

11  such other date convenient to the Court.

12  THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the

13  parties hereto that the Status Conference be continued for at least two (2) weeks to

14  August 18, 2006, or such other date convenient to the Court.

15  Dated: _7 -13-06_                    COX, WOOTEN, GRIFFIN,
                                          HANSEN & POULOS, LLP
16

17

18                                        By:    Gregory W. Poulos, Esq.
                                                 Attorney for Plaintiff and
19                                               Counterdefendant Armada Bulk Carriers

20  Dated: _____              KEESAL, YOUNG & LOGAN, APC
21

22
                                          By:    John D. Giffin, Esq.
23                                               Attorney for Defendant
                                                 Foss Maritime Company, Ltd.
24

25  Dated: _7/14/06_                     STEPHEN THOMAS ERB, APC
26

27                                        By: _____
28                                               Stephen Thomas Erb, Esq.
                                                 Attorney for Defendant and
                                                 Counterclaimant ConocoPhillips Company

1    WHEREAS, on April 28, 2006, prior to the first appearance by counsel for

2  Defendant and Counterdefendant ConocoPhillips Company ("ConocoPhillips"), the

3  Court scheduled the continuation of the Status Conference in the above-referenced

4  action for July 28, 2006 at 10:00 a.m.;

5    WHEREAS, counsel of record for ConocoPhillips had previously scheduled a

6  prepaid family vacation on the East Coast during July 24, 2006 through August 4, 2006,

7  and counsel for defendant Foss Maritime Company will be out of the state on August

8  11, 2006;

9    WHEREAS, counsel of record for ConocoPhillips therefore respectfully requests

10  the Status Conference be continued for at least two (2) weeks to August 18, 2006, or

11  such other date convenient to the Court.

12    THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the

13  parties hereto that the Status Conference be continued for at least two (2) weeks to

14  August 18, 2006, or such other date convenient to the Court.

15  Dated: _____        COX, WOOTEN, GRIFFIN,
                                    HANSEN & POULOS, LLP
16

17
                                    By: _____
18                                      Gregory W. Poulos, Esq.
                                        Attorney for Plaintiff and
19                                      Counterdefendant Armada Bulk Carriers

20
    Dated: 7-12-06                  KEESAL, YOUNG & LOGAN, APC
21

22
                                    By: _____
23                                      John D. Giffin, Esq.
                                        Attorney for Defendant
24                                      Foss Maritime Company, Ltd.

25
    Dated: _____        STEPHEN THOMAS ERB, APC
26

27                                  By: _____
                                        Stephen Thomas Erb, Esq.
28                                      Attorney for Defendant and
                                        Counterclaimant ConocoPhillips Company

Stipulation to Continue Status Conference and [Proposed] Order Thereon

1

## ORDER

2      Pursuant to the Stipulation of the parties hereto, IT IS ORDERED that the

3  Status Conference in the above-captioned action be and is hereby continued to

4  _August 25_____, 2006, at _ 10:00 a.m. _.

5

6

7  Dated:  __7/25/06_____



8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28