COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Gregory W. Poulos (SBN 131428)
Lynn L. Krieger (SBN 209592)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Armada Bulk Carriers, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMADA BULK CARRIERS, LTD., a Foreign Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CONOCOPHILLIPS COMPANY, INC., a Delaware Corporation, FOSS MARITIME COMPANY, INC., a Washington Corporation, and FOSS MARITIME BARGE 185 P3, *in rem*,<br><br>Defendants. | Case No.: C 05- 3406 SC<br><br>**STIPULATION AND [PROPOSED] ORDER TO HEAR ARMADA BULK CARRIERS, LTD.'S REQUEST FOR LEAVE TO FILE FIRST AMENDED COMPLAINT ON SEPTEMBER 22, 2006** |

On August 25, 2006, the Court granted Armada Bulk Carriers, Ltd. leave to file a motion for an order permitting the filing of a First Amended Complaint to add the owner of the SPAR TWO as an involuntary plaintiff under F.R.C.P. 19(a).

Armada Bulk Carriers was subsequently advised by the clerk of Court that the hearing on the motion for leave to file a First Amended Complaint could be heard on September 22, 2006 if the parties so stipulated.

The parties hereby stipulate to a hearing of Armada Bulk Carrier's Motion for Leave to file the First Amended Complaint on September 22, 2006 at 10:00 a.m. or such other time as the Court may direct.

-1-

Case No. C 05-3406-SC

STIP AND [PROPOSED] ORDER
TO HEAR REQUEST FOR LEAVE TO FILE FIRST AMENDED COMPLAINT ON SEPT. 22

SO STIPULATED.

Dated: August 30, 2006

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for ARMADA BULK CARRIERS, LTD

By _____
Gregory W. Poulos

Dated: 

KEESAL, YOUNG & LOGAN
Attorneys for Foss Maritime

By _____
John Giffin, Esq.

Dated: 8.30.06

Attorney for ConocoPhillips

By _____
Steve Erb

It is hereby ordered that the hearing on ARMADA BULK CARRIERS' request for leave to file a first amended complaint will occur on **September 22, 2006 at 10:00 a.m.** SO ORDERED.

Dated: 9/5/06

IT IS SO ORDERED
Judge Samuel Conti

STIP AND [PROPOSED] ORDER
TO HEAR REQUEST FOR LEAVE TO FILE FIRST AMENDED COMPLAINT ON SEPT. 22

-2-

Case No. C 05-3406-SC

-2-

SO STIPULATED.

Dated: August 30, 2006

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for ARMADA BULK CARRIERS, LTD

By _____
Gregory W. Poulos

Dated: August 30, 2006

KEESAL, YOUNG & LOGAN
Attorneys for Foss Maritime

By _____
John Giffin, Esq.

Dated:

Attorney for ConocoPhillips

By _____
Steve Erb

It is hereby ordered that the hearing on ARMADA BULK CARRIERS' request for leave to file a first amended complaint will occur on **September 22, 2006 at 10:00 a.m.**

SO ORDERED.

Dated:

_____
Judge Samuel Conti

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

SKULD.SparTwo/2299

-2-                          Case No. C 05-3406-SC
STIP AND [PROPOSED] ORDER
TO HEAR REQUEST FOR LEAVE TO FILE FIRST AMENDED COMPLAINT ON SEPT. 22