COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Gregory W. Poulos (SBN 131428)
Lynn L. Krieger (SBN 209592)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Armada Bulk Carriers, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMADA BULK CARRIERS, LTD., a Foreign Corporation<br><br>Plaintiff,<br><br>v.<br><br>CONOCOPHILLIPS COMPANY, INC., a Delaware Corporation, FOSS MARITIME COMPANY, INC., a Washington Corporation, and FOSS MARITIME BARGE 185 P3, *in rem*,<br><br>Defendants. | Case No.: C 05- 3406 SC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE** |

Trial in this matter is set for January 22, 2007. This is the first trial date that has been set. For the reasons set forth below and in the interests of justice, the parties hereby stipulate and jointly request that the trial date be continued to a date on or after May 7, 2007.

1. On September 28, 2006 the Court granted plaintiff's motion for leave to amend the complaint to name the vessel's owners as an additional defendant. They have now been added, but as the owner is located in Oslo, Norway and has thus far refused to accept service of process, plaintiff is required to proceed under the Hague Convention. Based on past experience with service under the Hague Convention on parties located in Scandinavia, Plaintiff's

counsel estimates that it will take 90 days to complete service;

2. All parties desire to depose one or more crew members from the vessel. The crew members are all of Indian nationality and some of the relevant crew members such as the Master are currently sailing. The other crew members are located in Mumbai, India. Efforts are being made to contact these crew members and to depose them, but that process will also take upwards of 90 days.

3. In addition to the crew members, there are other witnesses that the parties have now learned reside out of California. In particular, two of the relevant third party witnesses now live in Texas and New York. These witnesses will need to be deposed out of State causing some further delay in discovery.

4. Discovery has been exchanged, and included in the discovery requests was a demand for ConocoPhillips to provide a copy of the tankage and piping diagrams showing relevant portions of its terminal. ConocoPhillips has thus far withheld those documents under a claim that current national security guidelines preclude their production. The parties are seeking a cooperative resolution to this issue but it is delaying some discovery.

5. Counsel have reviewed their calendars and all counsel are free to begin trial on or after May 7, 2007 and all counsel agree that the continuation hereby sought is in the best interests of justice and is not intended for any improper purpose or delay.

Based on the foregoing, the parties respectfully request that the Court grant the Proposed Order continuing the trial date from January 22, 2007 to on or after May 7, 2007.

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

SKULD.SparTwo/2299

STIP AND [PROPOSED] ORDER
TO CONTINUE TRIAL DATE

-2-

Case No. C 05-3406-SC

SO STIPULATED.

Dated: October 12, 2006

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for ARMADA BULK CARRIERS, LTD

By _____
Gregory W. Poulos

Dated: October 12, 2006

KEESAL, YOUNG & LOGAN
Attorneys for Foss Maritime

By _____ (By Gregory Poulos per telephonic & email confirmation of authority)
John Giffin, Esq.

Dated:

Attorney for ConocoPhillips Company

By _____
Steve Erb

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The trial of this matter is continued from January 22, 2007 to _____, 2007.

Dated: _____
Judge Samuel Conti

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

SKULD.SparTwo/2299

Case No. C 05-3406-SC

STIP AND [PROPOSED] ORDER
TO CONTINUE TRIAL DATE

SO STIPULATED.

Dated: October    , 2006         COX, WOOTTON, GRIFFIN,
                                 HANSEN & POULOS, LLP
                                 Attorneys for ARMADA BULK CARRIERS, LTD


                                 By _____
                                        Gregory W. Poulos

Dated:                           KEESAL, YOUNG & LOGAN
                                 Attorneys for Foss Maritime


                                 By _____
                                        John Giffin, Esq.


Dated: Oct. 13, 2006             Attorney for ConocoPhillips Company


                                 By _____
                                        Steve Erb


### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The trial of this matter is continued from January 22, 2007 to __May 7__, 2007.


Dated: October 18, 2006          _____
                                        Judge Samuel Conti

IT IS FURTHER ORDERED that:
Discovery Cutoff date is continued to March 7, 2007.
Last Date Motions can be heard is continued to April 20, 2007.
The Pretrial Conference is set for May 4, 2007.

Dated: October 18, 2006

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIP AND [PROPOSED] ORDER
TO CONTINUE TRIAL DATE                    -3-                        Case No. C 05-3406-SC