1

**COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP**

2

Gregory W. Poulos (SBN 131428)

3

Lynn L. Krieger (SBN 209592)
190 The Embarcadero

4

San Francisco, CA  94105
Telephone No.: 415-438-4600

5

Facsimile No.: 415-438-4601

6

Attorneys for Armada Bulk Carriers, LTD.

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

| ARMADA BULK CARRIERS, LTD., a  ) | Case No.:  C 05- 3406 SC |

11

Foreign Corporation                           )

| | |

12

Plaintiff,       )
v.                                                        )

13

)

14

CONOCOPHILLIPS COMPANY, INC., a )
Delaware Corporation, FOSS MARITIME )

15

COMPANY, INC., a Washington              )
Corporation, and FOSS MARITIME        )

16

BARGE 185 P3, *in rem*,                        )

17

)
Defendants.        )

18

)

**STIPULATION AND ~~[PROPOSED]~~ ORDER TO FILE SECOND AMENDED COMPLAINT**

19

        Plaintiff, Armada Bulk Carriers, Ltd., ("Armada") recently sought and received

20

permission to file a First Amended Complaint naming Spar Shipholding AS ("Spar") as a

21

defendant.  Since the filing of that First Amended Complaint, Armada has learned

22

additional information that clarifies Spar Shipholding's relationship to the vessel and has

23

also learned additional facts that form a basis for a cause of action for negligence against

24

Spar.  In order that this new information can be placed at issue in this litigation and in order

to assert this new cause of action, the parties hereby stipulate to the filing of the Second

25

Amended Complaint.

26

        By agreeing to allow the filing of this Second Amended Complaint, COP does not

27

waive its right to offer in evidence admissions, if any, made by Armada in prior pleadings,

28

subject to Armada's right to explain inconsistencies, if any, in its successive pleadings.

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

SKULD.SparTwo/2299

-1-

STIP AND [PROPOSED] ORDER
TO CONTINUE TRIAL DATE

Case No. C 05-3406 SC

1    IT IS SO STIPULATED:

2

3    Dated: November 30, 2006          COX, WOOTTON, GRIFFIN,
                                        HANSEN & POULOS, LLP
4                                       Attorneys for ARMADA BULK CARRIERS, LTD

5
                                        By _____
6                                              Gregory W. Poulos

7

8    Dated: November 30, 2006          KEESAL, YOUNG & LOGAN
                                        Attorneys for Foss Maritime
9

10                                                                  by Gregory W. Poulos
                                        By _____      per authority given
11                                           John Giffin, Esq.             11-30-06

12

13

14   Dated: November 27, 2006          STEPHEN THOMAS ERB, APC
                                        Attorney for ConocoPhillips Company
15

16                                      By _____
                                             Stephen Thomas Erb, Esq
17

18

19                                    **ORDER**

20            PURSUANT TO STIPULATION, IT IS SO ORDERED,

21

22

23   Dated:  12/4/06                    _____
                                        Judge Sam

24

25

26

27

28

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

160 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX 415-438-4601

SKULD.SparTwo/2299

STIP AND [PROPOSED] ORDER
TO CONTINUE TRIAL DATE

Case No. C 05-3406-SC

IT IS SO ORDERED
Judge Samuel Conti

**PROOF OF SERVICE**
(California Code of Civil Procedure §1013)

Case:        Armada Bulk Carriers, Ltd. a Foreign Corporation v. ConocoPhillips Co., Inc.

Case No.:    United States District Court, Northern District, Case No.: C 05-3406 SC

I am employed in the City and County of San Francisco by the law firm of Cox, Wootton, Griffin, Hansen & Poulos, LLP, 190 The Embarcadero, San Francisco, California 94105. I am over the age of 18 years and not a party to the within action.

On November 30, 2006, I served the attached document(s):

**STIPULATION AND [PROPOSED] ORDER TO FILE SECOND AMENDED COMPLAINT**

on the parties, through their attorneys of record, by placing copies thereof in sealed envelopes (except for facsimile transmission), addressed as shown below, for service as designated below:

(A)   By First Class Mail: I am readily familiar with the practice of Cox, Wootton, Griffin, Hansen & Poulos, LLP, for the collection and processing of correspondence for mailing with the U.S. Postal Service, and that correspondence would be deposited with the U.S. Postal Service the same day in the ordinary course of business. I caused each such envelope, with first-class postage thereon fully prepaid, to be sealed and placed in a recognized place of deposit of the U.S. mail in San Francisco, California, for collection and mailing to the addressee(s) on the date indicated.

(B)   By Personal Service: I caused each such envelope to be personally delivered to the addressee(s) by a member of the staff of this law firm on the date indicated.

(C)   By Messenger Service: I am readily familiar with the practice of Cox, Wootton, Griffin, Hansen & Poulos, LLP, for messenger delivery, and I caused each such envelope indicated below, to be delivered to a courier employed either by First Legal Support Services or by Worldwide Attorney Services, with both of whom we have a direct billing account, who personally delivered each such envelope to the addressee(s) on the date indicated.

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

SKULD Spar Two/2299

Case No. C 05-3406 SC

1   **(D)**   By Federal Express:   I am readily familiar with the practice of Cox, Wootton,

2   Griffin, Hansen & Poulos, LLP, for the collection of overnight courier deliveries, and such

3   overnight courier deliveries would be deposited with the courier the same day in the

4   ordinary course of business.  I caused each such envelope/package to be delivered to Federal

5   Express Corporation, with whom we have a direct billing account, at San Francisco,

6   California, to be delivered to the addressee(s) on the next business day.

7   **(E)**   By Facsimile: I caused each such document(s) to be served via facsimile electronic

8   equipment transmission (fax) on the party(ies) indicated below by transmitting a true copy

9   to the following fax number(s):

10

11

| SERVICE | ADDRESSEE | PARTY |
|---------|-----------|-------|
| A | John Giffin, Esq.<br>Keesal, Young & Logan<br>Four Embarcadero Center, Ste. 1500<br>San Francisco, CA 94111<br>Fax No.: (415) 981-0136 | Attorney for Foss Maritime |
| A | Steve Erb<br>11440 West Bernardo Court<br>Suite 204<br>San Diego, CA 92127<br>Fax: (858) 487-5886 | Attorney for ConocoPhillips |

19   `1     I declare under penalty of perjury under the laws of the State of California that the

20   foregoing is true and correct.  Executed this November 30, 2006 at San Francisco,

21   California.

22

23   _____
     Amy Muzingo

24

25

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

26

27

28

SKULD.Spar Two/2299

Case No. C 05-3406 SC