IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMADA BULK CARRIERS, LTD, | No. C 05-3406 SC (MEJ) |
| Plaintiff(s), | |
| vs. | **ORDER RE: NOTICE OF REFERENCE** |
| CONOCOPHILLIPS COMPANY, INC., | |
| Defendant(s). | |

On January 5, 2007, the Court issued a Notice of Reference. Due to inadvertent error, the signature date on the notice is January 5, 2006. Accordingly, the Court AMENDS the notice to reflect the correct signature date of January 5, 2007.

**IT IS SO ORDERED.**

Dated: January 8, 2007

MARIA-ELENA JAMES
United States Magistrate Judge