1
2
3
4
5

**COX, WOOTTON, GRIFFIN,**
**HANSEN & POULOS, LLP**
Gregory W. Poulos (SBN 131428)
Lynn L. Krieger (SBN 209592)
190 The Embarcadero
San Francisco, CA  94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

6   Attorneys for Armada Bulk Carriers, LTD

7

8                      **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| ARMADA BULK CARRIERS, LTD, a Foreign Corporation, | Case No.: C 05- 3406 SC |
| Plaintiff, | **STIPULATION TO CONTINUE EXPERT WITNESS DISCLOSURE** |
| v. | |
| CONOCOPHILLIPS COMPANY, INC., a Delaware Corporation, FOSS MARITIME COMPANY, INC., a Washington Corporation, and FOSS MARITIME BARGE 185 P3, *in rem*, SPAR SHIPHOLDING, AS, a Foreign Corporation; M/V SPAR TWO, *in rem*. | **Civil Local Rule 6-1** **FRCP 26(a)(2)(c)** |
| Defendants. | |

Expert witness disclosure in this matter is set for February 6, 2007, pursuant to FRCP 26(a)(2)(c).  Trial of this matter is set for May 7, 2007.  In order to allow all experts sufficient time to formulate their opinions, finalize their reports and serve the interests of justice, the parties who have appeared in the above-entitled action, by and through their attorneys of record herein, jointly agree that the disclosure of expert witness is continued from February 6, 2007 to February 20, 2007.

**IT IS SO STIPULATED**

///

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

SKULD.SparTwo

Dated: January 29, 2007

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for ARMADA BULK CARRIERS, LTD

By _____
Gregory W. Poulos

Dated: Feb 5, 2007

KEESAL, YOUNG & LOGAN
Attorneys for FOSS MARITIME COMPANY, INC.

By _____
John Giffin, Esq.

Dated: Jan. 30, 2007

Attorney for CONOCOPHILLIPS COMPANY, INC.

By _____
Steve Erb

IT IS SO ORDERED

Judge Samuel Conti

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO CONTINUE EXPERT WITNESS DISCLOSURE

Case No. C 05-3406 SC