```
1   JOHN D. GIFFIN, CASB NO. 89608
    KEESAL, YOUNG & LOGAN
2   A Professional Corporation
    Four Embarcadero Center, Suite 1500
3   San Francisco, California 94111
    Telephone:  (415) 398-6000
4   Facsimile:  (415) 981-0136

5   Attorneys for Defendant
    FOSS MARITIME COMPANY
6
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMADA BULK CARRIERS, LTD, a Foreign Corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>CONOCOPHILLIPS COMPANY, INC., a Delaware Corporation, FOSS MARITIME COMPANY, INC., a Washington Corporation, and FOSS MARITIME BARGE 185 P3, *in rem*,<br><br>                    Defendants. | Case No. C 05 03406 SC<br><br>**STIPULATION AND [PROPOSED] ORDER** |

Counsel for the parties have met and conferred concerning expert designations, expert reports and the completion of discovery. Following the meeting of counsel to discuss these issues the parties, through their counsel, hereby stipulate to the following amended schedule:

The parties shall designate their expert witnesses as currently scheduled no later than February 20, 2007. The parties will exchange their experts' reports by no later than the close of business on March 6, 2007.

The parties will thereafter have until the close of business on March 13, 2007 to designate rebuttal experts. If rebuttal experts are designated their reports are to be exchanged by the parties no later than the close of business on March 23, 2007.

1      Discovery as to experts and all witnesses is to be completed by April 6,
2  2007.
3      IT IS SO STIPULATED.

6  DATED: February 15, 2007                _____
7                                       JOHN GIFFIN
                                     KEESAL, YOUNG & LOGAN
                                     Attorneys for Defendant
8                                       FOSS MARITIME COMPANY

11  DATED: February ___, 2007               _____
                                     STEPHEN ERB
                                     Attorney for Defendant
12                                       CONOCOPHILLIPS COMPANY, INC.

15  DATED: February ___, 2007               _____
                                     GREGORY W. POULOS
                                     COX, WOOTTON, GRIFFIN, HANSEN &
16                                       POULOS, LLP
                                     Attorneys for Plaintiff
17                                       ARMADA BULK CARRIERS, LTD.

## ORDER

    Good cause having been shown, the Court hereby orders that the disclosure and discovery schedule set forth in the parties' Stipulation shall be adopted.

    IT IS SO ORDERED.

Dated: February _21_, 2007                 _____
                                     Samuel Conti
                                     United States District Judge

*IT IS SO ORDERED — Judge Samuel Conti*

Discovery as to experts and all witnesses is to be completed by April 6, 2007.

IT IS SO STIPULATED.

DATED: February 15, 2007

JOHN GIFFIN
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
FOSS MARITIME COMPANY

DATED: February 16, 2007

STEPHEN ERB
Attorney for Defendant
CONOCOPHILLIPS COMPANY, INC.

DATED: February ___, 2007

GREGORY W. POULOS
COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
Attorneys for Plaintiff
ARMADA BULK CARRIERS, LTD.

## ORDER

Good cause having been shown, the Court hereby orders that the disclosure and discovery schedule set forth in the parties' Stipulation shall be adopted.

IT IS SO ORDERED.

Dated: February ___, 2007

Samuel Conti
United States District Judge

| | |
|---|---|
| 1 | Discovery as to experts and all witnesses is to be completed by April 6, |
| 2 | 2007. |
| 3 | IT IS SO STIPULATED. |

DATED: February 15, 2007

JOHN GIFFIN
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
FOSS MARITIME COMPANY

DATED: February ___, 2007

STEPHEN ERB
Attorney for Defendant
CONOCOPHILLIPS COMPANY, INC.

DATED: February 16, 2007

GREGORY W. POULOS
COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
Attorneys for Plaintiff
ARMADA BULK CARRIERS, LTD.

## ORDER

Good cause having been shown, the Court hereby orders that the disclosure and discovery schedule set forth in the parties' Stipulation shall be adopted.

IT IS SO ORDERED.

Dated: February ___, 2007

Samuel Conti
United States District Judge

STIPULATION AND [PROPOSED] ORDER

SF450475
Case No. C 05 03406 BZ