Alan Nakazawa, State Bar No. 84670
Dena S. Aghabeg, State Bar No. 185311
COGSWELL NAKAZAWA & CHANG, LLP
444 West Ocean Boulevard, Suite 1250
Long Beach, California 90802-8131
Telephone (562) 951-8668
Facsimile: (562) 951-3933

Attorneys for Defendant
SPAR SHIPHOLDING AS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMADA BULK CARRIERS, a Foreign Corporation,<br><br>              Plaintiff,<br><br>      v.<br><br>CONOCOPHILLIPS COMPANY, INC., a Delaware Corporation, FOSS MARITIME COMPANY, INC., a Washington Corporation, and FOSS MARITIME BARGE 185 P3, *in rem*, SPAR SHIPHOLDING, AS, a Foreign Corporation; M/V SPAR TWO, *in rem*.<br><br>              Defendants. | Case No.  C 05-3406<br><br><br>STIPULATION TO CONTINUE THE EXPERT DISCOVERY CUT-OFF DATE AND [PROPOSED] ORDER<br><br>Expert Discovery Cut-off:   April 6, 2007<br>Motion Cut-off:                   April 20, 2007<br>Trial:                                   May 7, 2007 |

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel, as follows:

WHEREAS, Defendant Spar Shipholding AS (hereinafter "Spar") was served with the summons and complaint on March 9, 2007, and appeared in this action on March 29, 2007, when it filed its Answer to the Complaint.

WHEREAS, the deadline for designating experts and exchanging expert reports had already passed at the time Spar was served on March 9, 2007.

1     WHEREAS, the expert discovery cut-off date is April 6, 2007, and the depositions of the experts designated by Plaintiff Armada Bulk Carriers, Ltd., and defendants ConocoPhillips Company, Inc. and Foss Maritime Company are presently scheduled for April 5 and 6, 2007.

    WHEREAS, this matter is set for a trial on May 7, 2007.

    WHEREAS, on March 29, 2007, Spar filed a motion to dismiss, or in the alternative, to continue the trial date and modify the court's scheduling orders on the grounds, *inter alia*, that it has not had an opportunity to designate expert(s) to testify on its behalf and because it does not have adequate time to prepare for trial. On March 29, Spar also filed an *ex parte* application for an order to hear its motions on shortened notice.

    WHEREAS, in the interest of justice and judicial economy and in hopes of avoiding taking the expert depositions twice, counsel have agreed to postpone the expert depositions and extend the expert discovery date until the court has an opportunity to decide Spar's motions.

    THEREFORE, for the foregoing reasons it is hereby stipulated that the expert depositions shall be postponed and the expert discovery cut-off date shall be extended from April 6, 2007, to April 27, 2007.

Respectfully submitted,

DATED: April 2, 2007　　COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP

By  <u>s/ Gregory W. Poulos</u>
    Gregory W. Poulos
    Lynn L. Krieger
    Attorneys for Plaintiff
    ARMADA BULK CARRIERS

DATED: April 2, 2007　　STEPHEN THOMAS ERB, PC

By  <u>s/ Stephen Thomas Erb</u>
    Stephen Thomas Erb
    Attorneys for Defendant
    CONOCOPHILLIPS COMPANY, INC.

1  DATED: April 2, 2007              KEESAL YOUNG & LOGAN

2
                                     By    s/ John Giffin
3                                          John Giffin
                                           Attorneys for Defendant
4                                          FOSS MARITIME COMPANY, INC.

5  DATED: April 2, 2007              COGSWELL NAKAZAWA & CHANG, LLP

6
                                     By    s/ Alan Nakazawa
7                                          Alan Nakazawa
                                           Dena S. Aghabeg
8                                          Attorneys for Defendant
                                           SPAR SHIPHOLDING AS
9

10

11

12                              [PROPOSED] ORDER

13       Pursuant to the foregoing stipulation, and good cause appearing, IT IS SO ORDERED.

14

15  Dated: April  5 , 2007
                                     _____
16                                   United States District Judge
                                     IT IS SO ORDERED
17                                   Judge Samuel Conti

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2007, a copy of the foregoing **Stipulation to Continue the Expert Discovery Cut-off Date and [Proposed] Order** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Frederick J. Car
fcarr@cwghp.com; mlove@cwghp.com

John Cox
john.cox@kyl.com; kay.klein@kyl.com

Stephen Thomas Erb
s.erb@erbapc.com; y.dorn@erbapc.com; veronique.n.hariram@conocophillips.com; pamela.f.reed@conocophillips.com

John D. Griffin
john.giffin@kyl.com

Lynn L. Krieger
lkrieger@cwghp.com; amuzingo@cwghp.com

Gregory W. Poulos
gpoulos@cwghp.com; amuzingo@cwghp.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 3, 2007                                  s/ Alan Nakazawa
                                                      Alan Nakazawa