**COX, WOOTTON, GRIFFIN,**
**HANSEN & POULOS, LLP**
Gregory W. Poulos (SBN 131428)
Lynn L. Krieger (SBN 209592)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Armada Bulk Carriers, LTD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMADA BULK CARRIERS, LTD, a Foreign Corporation,<br><br>       Plaintiff,<br><br>v.<br><br>CONOCOPHILLIPS COMPANY, INC., a Delaware Corporation, FOSS MARITIME COMPANY, INC., a Washington Corporation, and FOSS MARITIME BARGE 185 P3, *in rem*, SPAR SHIPHOLDING, AS, a Foreign Corporation; M/V SPAR TWO, *in rem*.<br><br>       Defendants. | Case No.: C 05- 3406 SC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE OF COMPLAINT BY ARMADA BULK CARRIERS, LTD. AS AGAINST SPAR SHIPHOLDING AS**<br><br>**Trial Date: May 7, 2007** |

IT IS HEREBY STIPULATED, by and between the parties to this action that the causes of action asserted by Armada Bulk Carriers, Ltd. against Spar Shipholding AS in the

1  Second Amended Complaint are hereby dismissed without prejudice and with each party to
2  bear its own fees and costs.
3  **IT IS SO STIPULATED.**
4
5  Dated: April 18, 2007           COX, WOOTTON, GRIFFIN,
                                   HANSEN & POULOS, LLP
6                                  Attorneys for ARMADA BULK CARRIERS, LTD
7
8                                  By _____
                                           Gregory W. Poulos, Esq.
9
10 Dated:                          COGSWELL NAKAZAWA & CHANGE LLP
                                   Attorneys for SPAR SHIPHOLDING, AS
11
12                                 By _____
                                           Alan Nakazawa, Esq.
13
14 Dated: 4-19-07                  KEESAL, YOUNG & LOGAN
15                                 Attorneys for FOSS MARITIME COMPANY, INC.
16
17                                 By _____
18                                         John Giffin, Esq.
19 Dated:                          Attorney for CONOCOPHILLIPS COMPANY, INC.
20
21                                 By _____
                                           Steve Erb, Esq.
22
23 **IT IS SO ORDERED.**
24
25 Dated:                          _____
                                           Judge Samuel Conti
26
27
28

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

SKULD.SparTwo

-2-     Case No. C 05-3406 SC
STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AS TO SPAR SHIPHOLDING AS ONLY

Second Amended Complaint are hereby dismissed without prejudice and with each party to bear its own fees and costs.

**IT IS SO STIPULATED.**

Dated: April 18, 2007

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for ARMADA BULK CARRIERS, LTD

By _____
Gregory W. Poulos, Esq.

Dated: 4-19-07

COGSWELL NAKAZAWA & CHANGE LLP
Attorneys for SPAR SHIPHOLDING, AS

By _____
Alan Nakazawa, Esq.

Dated:

KEESAL, YOUNG & LOGAN
Attorneys for FOSS MARITIME COMPANY, INC.

By _____
John Giffin, Esq.

Dated:

Attorney for CONOCOPHILLIPS COMPANY, INC.

By _____
Steve Erb, Esq.

**IT IS SO ORDERED.**

Dated:

_____
Judge Samuel Conti

Second Amended Complaint are hereby dismissed without prejudice and with each party to bear its own fees and costs.

**IT IS SO STIPULATED.**

Dated: April 18, 2007            COX, WOOTTON, GRIFFIN,
                                 HANSEN & POULOS, LLP
                                 Attorneys for ARMADA BULK CARRIERS, LTD


                                 By _____
                                     Gregory W. Poulos, Esq.


Dated:                           COGSWELL NAKAZAWA & CHANGE LLP
                                 Attorneys for SPAR SHIPHOLDING, AS


                                 By _____
                                     Alan Nakazawa, Esq.


Dated:                           KEESAL, YOUNG & LOGAN
                                 Attorneys for FOSS MARITIME COMPANY, INC.


                                 By _____
                                     John Giffin, Esq.


Dated: 4/19/07                   Attorney for CONOCOPHILLIPS COMPANY, INC.


                                 By _____
                                     Steve Erb, Esq.

**IT IS SO ORDERED.**

Dated:  April 20, 2007           _____
                                 IT IS SO ORDERED
                                 Judge Samuel Conti

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

SKULD.SpzTwo

-2-                                    Case No. C 05-3406 SC
STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AS TO SPAR SHIPHOLDING AS ONLY