STEPHEN THOMAS ERB (SBN 125248)
STEPHEN THOMAS ERB, APC
11440 West Bernardo Court, Suite 204
San Diego, California 92127
Telephone:   (858) 487-2728
Facsimile:   (858) 487-5886
Email:  s.erb@erbapc.com

Attorney for Defendant and Counterclaimant
ConocoPhillips Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMADA BULK CARRIERS, LTD, a Foreign Corporation, <br><br> Plaintiff, <br><br> v. <br><br> CONOCOPHILLIPS COMPANY, INC., a Delaware Corporation, FOSS MARITIME COMPANY, INC., a Washington Corporation; FOSS MARITIME BARGE 185 P3, *in rem*; SPAR SHIPHOLDING, AS, a Foreign Corporation; M/V SPAR TWO, *in rem* <br><br> Defendants. <br><br> AND ALL RELATED COUNTERCLAIMS | Case No. C 05-3406 SC <br><br> **DEFENDANT & COUNTERCLAIMANT CONOCOPHILLIPS COMPANY'S EXCERPTS FOR TRIAL** <br><br><br> Pretrial Conf: May 4, 2007 <br> Trial:  May 7, 2007 <br> Judge:  Hon. Samuel Conti |

Defendant and Counterclaimant ConocoPhillips Company respectfully submits the following deposition excerpts in connection with the trial presently scheduled to begin on May 7, 2007:

//

//

//

| | NAME OF WITNESS | PAGE - LINE Nos. |
|---|---|---|
| 1 | | |
| 2 | Hussain Nassir | 5:2 — 5:3 |
| 3 | | 9:3 — 9:25 |
| 4 | | 10:6 — 10:21 |
| 5 | | 12:7 — 14:17 |
| 6 | | 18:11 — 19:15 |
| 7 | | 21:5 — 23:17 |
| 8 | | 26:9 — 28:2 |
| 9 | | 29:2 — 30:13 |
| 10 | | 32:23 — 37:3 |
| 11 | | 46:16 — 46:18 |
| 12 | | 52:3 — 65:20 |
| 13 | | 69:21 — 75:4 |
| 14 | | 78:21 — 79:4 |
| 15 | | 79:11 — 80:7 |
| 16 | | |
| 17 | Thomas Hansen | 21:20 — 23:7 |
| 18 | | 24:12 — 24:16 |
| 19 | | 26:7 — 26:11 |
| 20 | | 41:10 — 41:24 |
| 21 | | 52:6 — 52:18 |
| 22 | | 54:4 — 67:15 |
| 23 | | 75:23 — 79:17 |
| 24 | | 81:8 — 82:15 |
| 25 | | |
| 26 | // | |
| 27 | // | |
| 28 | // | |

ConocoPhillips Company's Excerpts for Trial

ConocoPhillips further submits the excerpts from Armada's Responses to First Set of Interrogatories Nos. 1, 2, and 6.

Respectfully submitted,

Dated: April 27, 2007

STEPHEN THOMAS ERB, APC

/s/ Stephen Thomas Erb

By: _____
Stephen Thomas Erb, Esq.
Attorney for Defendant and Counterclaimant
ConocoPhillips Company