1 | COX, WOOTTON, GRIFFIN,
2 | HANSEN & POULOS, LLP
Gregory W. Poulos (SBN 131428)
3 | Lynn L. Krieger (SBN 209592)
190 The Embarcadero
4 | San Francisco, CA 94105
Telephone No.: 415-438-4600
5 | Facsimile No.: 415-438-4601

6 | Attorneys for Armada Bulk Carriers, LTD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMADA BULK CARRIERS, LTD, a Foreign Corporation, | Case No.: C 05- 3406 SC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF COMPLAINT BY ARMADA BULK CARRIERS, LTD. AS AGAINST FOSS MARITIME COMPANY, INC. AND FOSS MARITIME BARGE 185 P3 |
| v. | |
| CONOCOPHILLIPS COMPANY, INC., a Delaware Corporation, FOSS MARITIME COMPANY, INC., a Washington Corporation, and FOSS MARITIME BARGE 185 P3, *in rem*, SPAR SHIPHOLDING, AS, a Foreign Corporation; M/V SPAR TWO, *in rem*. | |
| Defendants. | Trial Date: May 7, 2007 |

IT IS HEREBY STIPULATED, by and between the parties to this action that the causes of action asserted by Armada Bulk Carriers, Ltd. against Foss Maritime Company,

-1-   Case No. C 05-3406 SC
STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO FOSS MARITIME AND THE FOSS BARGE

Inc. and the Foss Maritime Barge B – 185 P3 AS in the Second Amended Complaint are hereby dismissed with prejudice and with each party to bear its own fees and costs.

**IT IS SO STIPULATED.**

Dated: May 2, 2007

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for ARMADA BULK CARRIERS, LTD

By _____
Gregory W. Poulos, Esq.

Dated: May 2, 2007

KEESAL, YOUNG & LOGAN
Attorneys for FOSS MARITIME COMPANY, INC.

By _____
John Giffin, Esq.

Per Telephonic authority
John Cox on 5/2/07

Dated: 5/2/07

Attorney for CONOCOPHILLIPS COMPANY

By _____
Stephen T. Erb, Esq.

**IT IS SO ORDERED.**

Dated: 5/3/07

IT IS SO ORDERED
Judge Samuel Conti