Alan Nakazawa, State Bar No. 84670
Dena S. Aghabeg, State Bar No. 185311
COGSWELL NAKAZAWA & CHANG, LLP
444 West Ocean Boulevard, Suite 1250
Long Beach, California 90802-8131
Telephone (562) 951-8668
Facsimile: (562) 951-3933

Attorneys for Defendant
SPAR SHIPHOLDING AS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMADA BULK CARRIERS, a Foreign Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CONOCOPHILLIPS COMPANY, INC., a Delaware Corporation, FOSS MARITIME COMPANY, INC., a Washington Corporation, and FOSS MARITIME BARGE 185 P3, *in rem*, SPAR SHIPHOLDING, AS, a Foreign Corporation; M/V SPAR TWO, *in rem*.<br><br>    Defendants. | Case No. C 05-3406<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF COMPLAINT BY ARMADA BULK CARRIERS, LTD. AS AGAINST SPAR SHIPHOLDING AS<br><br>Trial Date: May 7, 2006<br>Courtroom: Honorable Samuel Conti |

1

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF COMPLAINT BY ARMADA BULK CARRIERS, LTD. AS AGAINST SPAR SHIPHOLDING AS

C 05-3406

IT IS HEREBY STIPULATED, by and between the parties to this action that the causes of action asserted by Armada Bulk Carriers, Ltd. against Spar Shipholding AS in the Second Amended Complaint are hereby dismissed with prejudice, each party to bear its own fees and costs.

IT IS SO STIPULATED.

DATED: May 6, 2007

Respectfully submitted,

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP

By _____
Gregory W. Poulos
Lynn L. Krieger
Attorneys for Plaintiff
ARMADA BULK CARRIERS

DATED: May 8, 2007

STEPHEN THOMAS ERB, PC

By _____
Stephen Thomas Erb
Attorneys for Defendant
CONOCOPHILLIPS COMPANY, INC.

DATED: May 4, 2007

COGSWELL NAKAZAWA & CHANG, LLP

By _____
Alan Nakazawa
Dena S. Aghabeg
Attorneys for Defendant
SPAR SHIPHOLDING AS

[PROPOSED] ORDER

IT IS SO ORDERED.

Dated: 5/10, 2007

_____
Judge Samuel Conti

*IT IS SO ORDERED*
*Judge Samuel Conti*
*United States District Court, Northern District of California*

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF COMPLAINT BY ARMADA BULK CARRIERS, LTD. AS AGAINST SPAR SHIPHOLDING AS

C 05-3406