UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ARMADA BULK CARRIERS, a Foreign Corporation,<br><br>              Plaintiff,<br><br>    v.<br><br>CONOCOPHILLIPS COMPANY, INC., a Delaware Corporation, FOSS MARITIME COMPANY, INC., a Washington Corporation, and FOSS MARITIME BARGE 185 P3, <u>in rem</u>,<br><br>              Defendants. | No. C-05-3406 SC<br><br>ORDER REGARDING <u>CONTRACT TERMS</u> |

    The Court hereby ORDERS both Plaintiff Armada Bulk Carriers and Defendant ConocoPhillips Company each to submit a short brief, not exceeding five pages in length, explaining which contract documents and terms apply to the instant action.  If the relevant documents are already on file with the Court, the parties should not submit additional exhibits, but instead reference the documents on the docket.  The parties must submit the briefs within five business days.

    IT IS SO ORDERED.

    Dated: May 16, 2007.

                                                UNITED STATES DISTRICT JUDGE